121 A.3d 876

IN THE MATTER OF ANDREW WILLIAM DWYER, AN ATTORNEY AT LAW (ATTORNEY NO. 037211990).

September 25, 2015.

ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 15–203 of **ANDREW WILLIAM DWYER** of **NEWARK**, who was admitted to the bar of this State in 1990;

And the District VA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of the matter), *RPC* 1.4(c) (failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), *RPC* 3.2 (failure to expedite litigation), and *RPC* 8.4(c) (conduct involving dishonesty, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.4(b) and (c), *RPC* 3.2, and *RPC* 8.4(c), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical

conduct and having granted the motion for discipline by consent in District Docket No. VA–2014–0016E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ANDREW WILLIAM DWYER** of **NEWARK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.